Glenn R. Kantor, Esq. State Bar No. 122643
 E-Mail: gkantor@kantorlaw.net
Alan E. Kassan, Esq. State Bar No. 113864
 E-Mail: akassan@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
(818) 886-2525 (TEL)
(818) 350-6272 (FAX)

Attorneys for Plaintiff, Christine Casey

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CASEY,<br><br>　　　　Plaintiff,<br><br>　VS.<br><br>AETNA LIFE INSURANCE COMPANY; INFOSYS TECHNOLOGIES LIMITED LONG TERM DISABILITY PLAN;<br><br>　　　　Defendants. | CASE NO: CV06-2558 GHK (FFMx)<br><br>[~~PROPOSED~~] JUDGMENT |

　　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, for the reasons stated in the Court's Findings of Fact and Conclusions of Law of January 9, 2008, that Plaintiff Christine Casey shall have judgment against Defendant Infosys Technologies Limited Long Term Disability Plan for recovery of the long term disability benefits prayed for in the Complaint, plus interest, costs and attorneys fees.  Plaintiff shall also be entitled to any additional benefits under the Infosys Technologies Limited Long Term Disability Plan for which she may be eligible as a result of this Judgment and/or the Court's determination that Plaintiff was totally disabled as per the terms of said Plan.

The sums to be paid pursuant to this Judgment are as follows:

(1) Past due long term disability benefits from August 1, 2005 to January 31, 2008 in an amount of $129,999.90 minus overpayments earlier paid by defendant in the sum of $27,010.55, and minus offsets permitted under the terms of the Plan in the sum of $65,910, for a total judgment in the amount of $37,079.35; and,

(2) Pre-judgment interest at the August 2005 U.S. Treasury Bill Rate of 3.28% per annum in the sum of $906.57.

Defendant is ordered to pay said sums to plaintiff herein within thirty (30) days after entry of Judgment. Thereafter, on all amounts specified above remaining unpaid, interest shall accrue at the rate of 3.28% per annum.

Further, defendant shall reinstate, and plaintiff shall be entitled to monthly benefits from February 1, 2008 forward for so long as she remains eligible for said benefits.

Plaintiff may move for an award of costs and attorneys' fees pursuant to Local Rule 54-12 within thirty days after entry of Judgment.

Dated: February 19, 2008

/ S / FREDERICK F. MUMM
The Honorable Frederick F. Mumm
United States Magistrate Judge

# **PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 19839 Nordhoff Street, Northridge, CA 91324.

On February 5, 2008, I served the foregoing document described as [PROPOSED] JUDGMENT on all interested parties in this action by serving a copy thereof in a sealed envelope addressed as follows:

| | |
|---|---|
| Ronald K. Alberts, Esq.<br>Lisa K. Garner, Esq.<br>GORDON & REES LLP<br>633 West Fifth Street, Ste. 4900<br>Los Angeles, California 90071 | Attorneys for Defendants Infosys Technologies Limited Long Term Disability Plan |

[X]   (BY MAIL) I deposited such envelope in the mail at Northridge, California. The envelope was mailed with postage thereon fully prepaid.

[X]   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Northridge, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

[ ]   (BY FACSIMILE) I faxed such document to the facsimile number above following regular business practices.

[ ]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 5, 2008, Northridge, California.

_____
Tinee Parell